THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW R.D. SCHLEY,

Plaintiff-Petitioner,

v.

UNITED STATES OF AMERICA,

Defendant-Respondent.

CASE NO. C26-2740-JCC

ORDER

This matter comes before the Court on Matthew Schley's motion to disqualify the undersigned from presiding over the instant § 2255 petition (Dkt. No. 5). The Court has considered the motion and DENIES it for the reasons set forth below. It further DIRECTS the Clerk to refer the motion to Chief Judge David G. Estudillo for further consideration.

Mr. Schley seeks disqualification based on the notion that the undersigned, in now being tasked with reviewing its decisions in Mr. Schley's criminal case (through the instant petition), faces an inherent conflict of interest. (*See generally* Dkt. No. 4.) This generalized concern is insufficient to support a disqualification request.

"Because a judge is presumed to be impartial, the [moving party] bears the burden of showing that the judge lacked impartiality." *Perry v. Schwarzenegger*, 790 F. Supp. 2d 1119, 1129 (N.D. Cal. 2011). Thus, Mr. Schley must include, at a minimum, provide a "sufficient affidavit [demonstrating that the undersigned] has a personal bias or prejudice . . . against him . .

. .” 28 U.S.C. § 144. Alternatively, the undersigned must *sua sponte* disqualify himself “in any proceeding in which his impartiality might reasonably be questioned,” 28 U.S.C. § 455(a), or “where he has a personal bias or prejudice concerning a party,” *id.* § 455(b)(1). The standard for recusal is “whether a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned.” *Pesnell v. Arsenault*, 543 F.3d 1038, 1043 (9th Cir. 2008).

In this Court’s view, Mr. Schley’s brief motion fails to meet the standards articulated above. Accordingly, the Honorable John C. Coughenour DECLINES to voluntarily recuse and REFERS the motion to Chief Judge under LCR 3(f) for further consideration.

DATED this 20th day of August 2026.



John C. Coughenour
UNITED STATES DISTRICT JUDGE