The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW R. D. SCHLEY<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent. | No. 2:26-cv-02740-JCC<br><br>[~~PROPOSED~~] ORDER REGARDING PETITIONER'S WAIVER OF ATTORNEY–CLIENT AND WORK-PRODUCT PRIVILEGES |

Having reviewed the United States' motion (**dkt 10**), and for good cause shown, the Court finds that by raising claims of ineffective assistance of counsel in his 28 U.S.C. § 2255 motion, petitioner Matthew Schley has waived the attorney–client and work-product privileges for the purpose of litigating the motion.

The Court authorizes Schley's prior attorneys Peter Geisness and Stephan Illa to provide to the government evidence related to their representation of Schley in Case No. 22-cr-00166-JCC (W.D. Wash.)—including otherwise-privileged legal conversations with Schley on all topics relevant to the pending Section 2255 motion, including his attorneys' preparations, investigations, and strategic choices in his case.

Peter Geisness and Stephan Illa are authorized to provide evidence in the form of declarations, affidavits, testimony, or any other form. They are also authorized to produce to the government documents and records relevant to Schley's Section 2255 claims.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court also finds that transcripts of sealed *ex parte* pretrial proceedings relevant to Schley's Section 2255 claims should be provided to the government. Specifically, in Case No. 22-cr-00166-JCC (W.D. Wash.), the government may receive transcripts from Dkt. 33, Dkt. 57, and Dkt. 88.

Absent further order from the Court, the evidence and transcripts provided under this Order may be used solely for the purpose of litigating Schley's Section 2255 motion and may not be admitted against Schley in any other proceeding.

This Order will remain in effect even after the Court has ruled on Schley's Section 2255 motion. Both parties retain the right to apply to the Court for modification of this Order.

SO ORDERED.

Dated this 12th day of September 2026.

JOHN C. COUGHENOUR
United States District Judge

Presented by:

*s/ Jansen M. VanderMeulen*
JANSEN M. VANDERMEULEN
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970