Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW R. D. SCHLEY<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent. | No. 2:26-cv-02740-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING UNITED STATES' MOTION TO EXTEND TIME TO FILE ANSWER |

The Court, having reviewed the Motion of the United States (Dkt. 10) to extend by ninety days the time to file an answer to Petitioner's *pro se* 28 U.S.C. § 2255 motion alleging ineffective assistance of counsel (Dkt. 1) states that IT IS HEREBY ORDERED that the Motion for extension is GRANTED. The United States may file its Answer to Petitioner's § 2255 motion on or before December 17, 2026.

Dated this 14th day of September 2026.

JOHN C. COUGHENOUR
United States District Judge

Presented by:

*s/ Jansen M. VanderMeulen*
JANSEN M. VANDERMEULEN
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970